FILED

10:30 am, 7/29/25

Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

SCOTT YONKER

Plaintiff,

vs.

KDFW-FOX, KEGL 97.1, NATIONAL AQUARIUM, COLUMBUS ZOO & AQUARIUM and CHEYENNE AIRPORT

Defendant.

Case Number: 25-CV-173-ABJ

**ORDER OF REASSIGNMENT**

IT IS THEREFORE ORDERED that the above case is hereby reassigned from the Honorable Scott P. Klosterman, Chief United States Magistrate Judge, to the Honorable Alan B. Johnson, United States District Judge, as case was assigned out of incorrect deck in error. The reassignment was completed through the random assignment process. Please use case number 25-CV-173-ABJ for all future case filings.

Dated this 29th day of July, 2025.

Kelly H. Rankin
Chief United States District Judge