**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

*3:17 pm, 8/11/25*

**Margaret Botkins**
**Clerk of Court**

CLERK, UNITED STATES DISTRICT COURT
2120 CAPITOL AVE., ROOM 2131
CHEYENNE, WY 82001

OFFICIAL BUSINESS

**RETURN TO SENDER**
**NOT AT THIS ADDRESS**

$0.74 0
US POSTAGE IMI
FIRST-CLASS
063S0011551683
FROM 82001

Scott Yonker
1600 Central Avenue, Unit 537
Cheyenne, WY 82001

NIXIE

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD