FILED

9:36 am, 8/20/25

Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

SCOTT YONKER,

Plaintiff,

VS.

KDFW-FOX, KEGL 97.1, NATIONAL AQUARIUM, COLUMBUS ZOO & AQUARIUM, CHEYENNE AIRPORT;

Defendants,

Case No. 2:25-CV-173

**JUDGMENT**

This matter comes before the Court on Plaintiff's *Motion to Proceed in Forma Pauperis*, filed on July 28, 2025. ECF No. 2. The Court has entered its *Order Granting Plaintiff's Motion to Proceed In Forma Pauperis and Dismissing Plaintiff's Complaint*, finding that Plaintiff's *Complaint* (ECF No. 1) must be dismissed. ECF No. 5. The Court, per its *Order*, could not identify any allegations or requested relief in the complaint. *Id.*

The Court, therefore, **ORDERS, ADJUDGES, AND DECREES** that for the reasons stated in the Court's *Order*, Plaintiff's *Complaint* is **DISMISSED WITHOUT PREJUDICE.** *Id.*

Dated this 19th day of August, 2025.

Alan B. Johnson
United States District Judge